UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Mag. Judge Case No. 21-MJ-01552-DLC** |
| ) | |
| **Darius Marquise Collins,** ) | |
| **Defendant** ) | |

## AFFIDAVIT IN SUPPORT OF ARREST

I, Kristopher D. Brantley, Bureau of Alcohol, Tobacco, Firearms, and Explosives, do hereby make oath before the Honorable Donald L. Cabell, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Darius Marquise Collins on an Indictment filed in the Northern District of Alabama charging the defendant with conspiracy to commit offenses against the United States, that is, in connection with the acquisition of certain firearms from licensed dealers of firearms, knowingly making and causing to be made by false and fictitious written statements to the respective licensed dealers of firearms, which statements were intended and likely to deceive employees of each licensed dealer of firearms as to a fact material to the lawfulness of each sale of the said firearms under chapter 44, of Title 18, by executing a Form 4473 to the effect that certain named individuals were the actual transferees/buyers of the firearms indicated on the Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Record, when, in fact, as he then knew, those named individuals were not the actual transferees/buyers of the firearms, in violation of 18 U.S.C. § 922(a)(6), all in violation of 18

U.S.C. § 371, and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

*Kristopher Brantly* DLC
KRISTOPHER D. BRANTLEY

_____
SPECIAL AGENT

_____
BUREAU OF ALCOHOL,
TOBACCO, FIREARMS, AND
EXPLOSIVES

**Subscribed and sworn to before me this 13th day of October, 2013.**

*by telephone*

_____
Donald L. Cabell
United States Magistrate Judge

2/21-5918-2484-J
FID: 11338211

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | } | |
| | } | |
| v. | } | Case No.   7:21-cr-305-LSC-SGC |
| | } | |
| Darius Marquise Collins | } | |
| Defendant. | } | |

SEP 29 2021 AM 11:14
RECEIVED USMS NDA

### SEALED WARRANT FOR ARREST

TO:   The United States Marshal
And Any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Darius Marquise Collins at 10 Winter Street, #407, Quincy, MA 02169   and bring him or her forthwith to the nearest magistrate judge to answer a(n) **Indictment** charging him or her with:

### SEE ATTACHED

SHARON N. HARRIS
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Clerk, United States District Court
Title of Issuing Officer

September 29, 2021 – Birmingham, AL
Date and Location

Bail fixed at $ _____ by _____
                                  Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

_____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 09/29/2021 | Copy COPY Copy Copy | Copy COPY Copy Copy |
| DATE OF ARREST | | |

ATF KRIS BRANTLEY